**Opinion issued November 14, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-22-00571-CV**

————————————

**RUSH TRANSPORT, INC. AND JERSON MARTINEZ MARTINEZ,**
**Appellants**

**V.**

**MICHELLE RAINES, INDIVIDUALLY AND A/N/F OF E.C., E.C., AND**
**R.C. MINORS, AND ON BEHALF OF THE ESTATE OF NOE**
**CARRIZALES, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-68100**

---

**MEMORANDUM OPINION**

The parties have filed a joint motion to dismiss the appeal due to a settlement.

*See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(2)(A). No opinion has issued. *See* TEX. R.

APP. P. 42.1(c).

Accordingly, we grant the joint motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(2)(A). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.